## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

TIFFANY BEST, on behalf of )
Herself and on behalf of all )
Others similarly situated, )
           )
       Plaintiff, )   Case No.   5:20-CV-6136
           )
   v. )
           )
UNIVERSAL PROTECTION SERVICE, LLC )
d/b/a Allied Universal Security Services, LLC )
           )
       Defendant. )

## NOTICE OF REMOVAL

       Defendant Universal Protection Service, LLC, d/b/a Allied Universal Security Services,

LLC ("Allied"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the

above-entitled action, which is currently pending in the Circuit Court of Clinton County,

Missouri, and states as follows:

### Background

       1.      On August 10, 2020, Plaintiff Tiffany Best ("Plaintiff") initiated an action against

Allied in the Circuit Court of Clinton County, Missouri by filing a single-count Complaint

("Complaint") alleging violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et*

*seq.* (Copies of the Summons and Plaintiff's Complaint are attached as Exhibit 1.)

       2.      The Summons and Complaint constitute "all process, pleadings, and orders served

upon" Allied in this action. 28 U.S.C. § 1446(a).

### Timeliness of Removal

       3.      Allied received a copy of the Summons and Complaint by service upon its

Registered Agent C T Corporation System (120 South Central Avenue, Clayton, MO 63105) on

1

August 12, 2020. Therefore, this notice of removal is timely under 28 U.S.C. § 1446(b), because 30 days or less have passed since Allied was served with Plaintiff's Complaint.

## Removal Jurisdiction

4.     This action is properly removable under 28 U.S.C. § 1441, because this Court has original jurisdiction of this case under 28 U.S.C. § 1331, which provides in pertinent part: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5.     Specifically, Plaintiff alleged that Allied violated the FCRA by allegedly failing to provide Plaintiff with pre-adverse action notice and a copy of her consumer report. Hence, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to 28 U.S.C. § 1331, and removal is appropriate pursuant to 28 U.S.C. §§ 1441 and 1446.

6.     No asserted claim or portion of Plaintiff's Complaint purports to arise under Missouri state law.

7.     Removal to this Court is proper as the United States District Court for the Western District of Missouri embraces Clinton County, Missouri, where the state court action was filed.

## Notice to State Court

8.     Pursuant to 28 U.S.C. § 1446(d), Allied is promptly providing written notice of its removal to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Clinton County, Missouri.

**WHEREFORE** Defendant Universal Protection Service, LLC, d/b/a Allied Universal

Security Services, LLC respectfully requests that the above-entitled action be removed from the

Circuit Court of Clinton County, Missouri to this Court.


Dated: September 10, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

OF COUNSEL:
Robert T. Quackenboss
(*pro hac vice* forthcoming)
Brian L. Saunders
(*pro hac vice* forthcoming)
**HUNTON ANDREWS KURTH, LLP**
2200 Pennsylvania Ave., N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
rquackenboss@huntonak.com
bsaunders@huntonak.com

By: /s/ Burton D. Garland, Jr.
    Burton D. Garland, Jr., MO #46720
    7700 Bonhomme Ave., Suite 650
    St. Louis, MO 63105
    Telephone: 314-802-3953
    Facsimile: 314-802-3936
    burton.garland@ogletreedeakins.com


*Counsel for Universal Protection Service, LLC,*
*d/b/a Allied Universal Security Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I caused the foregoing Notice of Removal to be electronically filed with the Clerk of the Court by using the CM/ECF system, and caused a copy of the same to be sent by electronic and first class mail to the following:

Charles Jason Brown
Jayson A. Watkins
**BROWN & WATKINS LLC**
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Counsel for Plaintiff Tiffany Best*

/s/ Burton D. Garland, Jr.
*Local Counsel*

4